Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA BOSWELL,<br>　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC,<br>　　　Defendant. | )<br>)   **Case No. 3:14-cv-01369-LAB-DHB**<br>)<br>)<br>)   **NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>)   **Hon. Larry Alan Burns**<br>) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of July, 2014.

　　　　　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　　　　　TODD M. FRIEDMAN
　　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　　Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on this 18th day of July, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Larry Alan Burns
United States District Court
Central District of California

B. Ben Mohandesi
Yu Mohandesi LLP
633 West Fifth Street,
Suite 2800
Los Angeles CA 90071
Attorney for Defendant

This 18th day of July, 2014.

s/Todd M. Friedman
Todd M. Friedman